**Order entered April 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01702-CR

**TIMOTHY DECHEY JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F06-38616-W**

## ORDER

The Court **REINSTATES** the appeal.

On March 13, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the finding that appellant no longer desires to pursue the appeal.

We **ORDER** the appeal submitted as of the date of this order, without the reporter's record and briefs, to a panel consisting of Justices Moseley, O'Neill, and Lewis. *See* TEX. R. APP. P. 37.3(c), 38.8(b)(4).

/s/     DAVID EVANS
          JUSTICE